IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE MOSQUITO, as Executrix of the Estate of Quinton D. Mosquito, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PATE STEVEDORE CO., INC.; )<br>PASCAGOULA-MOSS POINT )<br>STEVEDORES, ILA PENSION PLAN;, )<br>)<br>Defendants. ) | CIVIL ACTION NO. 09-0103-CG-M |

**ORDER**

This matter is before court on the Joint Motion to Transfer (Doc. 14), in which the parties advise that they agree that this court lacks personal jurisdiction over Pascagoula-Moss Point Stevedores, ILA Pension Plan, and request that this action be transferred to the Southern District of Mississippi.

Upon due consideration, the motion is hereby **GRANTED**, and it is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Southern District of Mississippi.

**DONE and ORDERED** this 23rd day of April, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE